## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

EDWIN POWELL NALL,                )
      Plaintiff                 )
                              )

    vs.                           )

1 STUART A. HALE, MALERIE C.      )
TURNER ALBERTSON, ELIZABETH       )
HALE TANK, DAVID HALE,            )
5 LYDIA F. PEARSON, WANDA BOUNDS;)
7 RANDALL K. CALVERT; LLOYD 8     )
MCALISTER WITH THE LAW            )
FIRM OF MCALISTER, MCALISTER,     )
MCKENNIS & TUGGLE;                )
9 PHILIP BOHANON WITH LAW FIRM    )
OF HELMS & UNDERWOOD;             )
10 JAMES C. BASS WITH THE         )
11 BASS LAW FIRM; RUDY HIERSCHE;  )
13 JON TRUDGEON WITH              )
THE LAW FIRM OF HARTZOG,          )
CONGER, CASON & NEVILLE;          )
14 JIM CONGER WITH THE LAW        )
FIRM OF HARTZOG, CONGER,          )
CASON & NEVILLE AND PRESIDENT     )
OF THE OKLAHOMA, 15               )
BAR ASSOCIATION; LORAINE          )
FARABOW WITH THE OKLAHOMA         )
BAR ASSOCIATION; DAN MURDOCK      )
WITH THE OKLAHOMA BAR             )
ASSOCIATION; GARY MILLER,         )
ASSOCIATE DISTRICT JUDGE OF       )
CANADIAN COUNTY OKLAHOMA;         )
AND MICHAEL LARRY CLIFTON,        )
      Defendants.               )

CIV-08-631 C

CASE NO. _____

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

**FILED**

JUN 2 0 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____, DEPUTY

## PLAINTIFF'S COMPLAINT AND CAUSE OF ACTION

### UNALIENABLE RIGHTS

Afforded to Edwin Powell Nall by the United States Constitution / Ex post Fact-to /

Amendments to the Constitution of America I, IV, V, VI, VII, VIII, IX, X, XI and XIV have all

been violated.  They have refused to supply records.  I tried to request records through the

1

Freedom of Information Act and they refused it. These harmful abuses have occurred for over a five (5) year period. No end in sight. I have been deprived of my right to life, liberty and pursuant of happiness.

There has been a conspiracy to harm and abuse me. I am an elderly person, 85 years of age, and a 100% disabled veteran. To harm the disabled and elderly in itself is a federal offense. Plaintiffs have intimidated the news media. They have misrepresented me to both state and federal courts. They have lied, used trickery, framed me, and threatened me with being jailed. They have caused family problems, obstruction of justice, and invasion of privacy. The information that they've withheld is favorable to me and is a conflict of interest. They have garnisheed veteran's benefits income. They have garnisheed social security benefits. They have accused me of thumbing my nose to the district court. They have unlawfully presented to the courts information that was untrue to take away my automobile, and used unlawful tactics to take away my homestead.

They've run roughshod of a person to ruin his reputation; they've crossed state boundaries and garnisheed bank accounts. They've accused me of hiding trust funds. **THESE DASTARDLY ACTS WERE BASICALLY ARRIVED AT BY THE DEFENDANTS OUT OF HATE FOR ME.**



2

## STATEMENT OF FACTS

Several law firms have used every unethical tactic they could come up with to try to prove that Edwin P. Nall had hidden funds that the Trust was entitled to. Some of the acts were attempted to frame me for allegedly hiding funds in Texas banks. They went to the extent of hiring attorneys from Oklahoma to as far away as a town called Booker, Texas. They used attorneys in Guymon, Oklahoma and Booker, Texas and even went so far as to hire the County Attorney Ty Sparks of Hemphill County Texas in their ploy to prove fraud on the part of Ed Nall.

During the time frame starting in 2001, many firms have participated in this wild effort to gain a victory over Ed Nall. These law firms are Randal E. Calvert Law firm, McAlister, McAlister, McKennis & Tuggle Law Firm, Helms & Underwood Law Firm, Bass Law Firm, Rudy Hiersche Law Firm, and Hartzog, Conger, Cason & Neville Law Firm. The last law firm mentioned (Hartzog, Conger, Cason & Neville) is especially important because that law firm handled the Faye W. Hale 1993 Living Trust, and this firm included an attorney by the name of Jon H. Trudgeon.

The harassment and deliberate unfair tactics is because of my sister Wanda Faye Bounds and the other members of the Trust, five step-grandchildren by the name Stuart A. Hale, Malerie Turner Albertson, Elizabeth Hale Tank, Lydia Hale Pearson and David Hale.

The law firm of Hartzog, Conger, Cason & Neville, specifically Attorney J. William Conger, worked very closely with Lloyd G. McAlister of the law firm of McAlister, McAlister, McKennis & Tuggle. Both J. William Conger and Lloyd G. McAlister teach at Oklahoma City University Law School. Coincidentally, J. William Conger is President of the Oklahoma Bar Association. He undoubtedly had the last say on behalf of the Oklahoma Bar Association in the

3

dismissal of my grievances against attorneys Phil Bohanon, Jon H. Trudgeon and his law firm, and G. Rudy Hiersche, Jr. Attorney Conger said in the Sunday edition of the *Sunday Oklahoman* dated January 20, 2008, that some of his goals were to advocate that more lawyers take on pro bono work so that more people, including low income families and the elderly, have access to legal advice.

The General Counsel for the Oklahoma Bar Association is Dan Murdock. He and Assistant General Counsel Loraine D. Farabow stated that my grievance was without merit and that they would not open a formal investigation. In a letter to me, Mr. Murdock stated, "Please note that this office [OBA] exercises exclusive jurisdiction over the investigation of allegations of attorney misconduct in the State of Oklahoma. The decision whether to open for a formal investigation rests solely within our discretion." Of all things, Mr. Murdock also states, "We will not acknowledge the receipt of any further correspondence from you." This attitude seemingly fosters a corrupt system of law.

The damage to me, Ed Nall, goes beyond the State of Oklahoma boards and falls in the jurisdiction of federal wrongdoings. Things that the OBA did not consider were tampering with federal bankruptcy documents. For one thing, removing one of my debtors claimed in the bankruptcy filing, that being my sister Wanda Bounds, is a violation of federal law.

My sister who was charged with improprieties as the executrix of the Faye W. Hale 1993 Living Trust was removed from that position and replaced by Jon H. Trudgeon of the law firm of Hartzog, Conger, Cason & Neville. These grievances were filed with the OBA because of the misdeeds of this Hartzog, Conger, Cason & Neville law firm. That law firm stated in open court in an answer to one of my motions, as I was acting as my own attorney, that it was irrelevant that Mrs. Bounds planned to sue Ed Nall for the $59,000.00 that she was forced to pay the Trust and



it was to be credited to the Trust. She paid that $59,000.00 and expected to recover it through a lawsuit against Ed Nall.

These misdeeds applied against Ed Nall include violation of his civil rights, federal laws against abuse of the disabled, and federal laws against abuse of the elderly. But the reason for this harassment and abuse was because of the five step-grandchildren defrauding these various law firms to get Ed Nall. These five step-grandchildren hated Ed Nall and they were willing to spend many, many dollars more than the Trust was owed. If they add up the costs of this lawsuit, they spent more money than was due the Trust. Their unlawful actions sent me into deep depression five years ago and I have been treated for my medical problems caused by the harassment from these various law firms and people and I have been counseled on a regular basis.

It's a mystery to me of why and how the Oklahoma Bar Association recommended to the Supreme Court of Oklahoma that a local attorney by the name of Mike Gassaway be disbarred. He was accused of many acts of misconduct, one in particular, presenting untrue statements to the judge. This is what has happened to Ed Nall; Jon Trudgeon presented untrue statements to the Canadian County District Judge. A letter dated January 2, 2008, from Dan Murdock, Chief Counsel for the Oklahoma Bar Association advised me and referred to the grievance against Phil Bohanon and G. Rudy Hiersche that they were sent carbon copies of his letter. What happened to any carbon copy that should have been sent to Jon Trudgeon of the law firm of Hartzog, Conger, Cason & Neville? The OBA has not allowed me a formal investigation so I can bring out all the facts.

G. Rudy Hiersche, Jr. presented to the Oklahoma Bar Association a letter in his defense. I have stated that G. Rudy Hiersche, Jr. had advised Ed Nall in a court action he was pursuing that



they were so warned that Ed Nall was bullet proof.   When everything went completely haywire,

Mr. Hiersche was dismissed as my attorney. He tells the Oklahoma Bar Association that he

resigned, and the fact was that I fired him and became my own attorney.

In Mr. Hiersche's presentation to the OBA, he states that Mr. Nall is an elderly person

who has numerous medical problems including diabetes, and that Mr. Nall's income was from

100% disability from the Veterans Administration, plus his social security income. Mr. Hiersche

stated and presented a copy of a complete time log history. This I feel is completely inaccurate.

One of the statements presented was absolutely false where he told the OBA that I was a manic

depressive.  During my counseling sessions with the Mental Health Department of the Veteran's

Administration, I gave them a complete account of everything that transpired from the

beginning. I was given special attention and at my request a complete mental examination that

lasted an entire day was given. I told them this request was made by Ed Nall simply because

several months ago, when I discovered irregularities of the people who were defending me, that

their out was going to be that I didn't know what I was talking about because of my mental

illness.  This is completely false and medical records from the Veterans Administration will

prove this. Again, I repeat that I knew of their plans over two years ago and at that same time the

Veterans Administration was advised of this scheme.

Mr. Hiersche advised the OBA that he had received no compensation from me and was

defending me in this case on a pro bono basis.  Well, this fact is false. He received several

payments of cash money; and he received dozens of very valuable autograph pictures. If he was

doing it on a free basis it would have been because he wanted to stay in there with Phil Bohanon

and the other groups to make sure that I would not win this case.



During this latest state court proceeding, Mr. Nall started sending his own pleadings to the court and made several attempts to either have opposing counsel cited for contempt or request that the court order opposing counsel to withdraw as counsel or stop harassing Mr. Nall. G. Rudy Hiersche made a false statement to the court as follows:

> "At that point in time, I informed Mr. Nall that I could no longer represent him in this matter. I told him that the court had ruled, that the order was final, and that there was nothing further that could be done."

In Mr. Hiersche's report to the OBA, many of his statements were inaccurate. Mr. Hiersche turned against me and that was why he was dismissed. All of his statements to the OBA prove that I needed protection.

Mr. Hiersche further stated to the court,

> "During my entire course of dealing with Mr. Nall, his mental condition steadily declined. It got to the point that I was unable to communicate with him on any kind of reasonable basis. He would make outlandish statements and request relief that was not possible. I believe Mr. Nall's health is of great concern. He has taken the position that the world is against him and that everybody is out to do him harm. With that attitude, it is extremely difficult to discuss any legal issues with him."

Another point that proves that Mr. Hiersche was against me is that even Jon Trudgeon of Hartzog, Conger, Cason & Neville said that he was not behaving as a attorney should. In Jon Trudgeon's own words, he stated to Rudy Hiersche in a faxed message: "It is a cheap attempt and not worthy of the profession of Attorney at Law." To quote verbatim from Mr. Trudgeon's correspondence, "Rudy, your attempt to make up something that did not happen is based upon pure untruthful assertions on your part. It is a cheap attempt and not worthy of the profession of Attorney at Law. As a result, we suggest that any further negotiation you wish to make should be submitted in writing." Again, I repeat that Mr. Trudgeon of the law firm of Hartzog, Conger,

7

Cason & Neville has accused Mr. Hiersche of wrong doing and having hallucinations, and to be

more specific, this is the context of the correspondence received from Jon Trudgeon:

> Message: Rudy, In response to your fax message dated 8-25-06, as you well
> know, we have made no proposal to you regarding settlement of the Judgment
> debt of your client Edwin Nall, either by the fax sent to you and attached to your
> message or otherwise, ever. The fax sent to you clearly references that it is in
> response to <u>your</u> proposal stating, in the fax and telephone call that followed, that
> our clients had requested additional information from you both as to the age and
> health of Donna Nall and as to whether additional conditions such as a mortgage
> signed by your clients, covenants regarding taxes, insurance, liens and
> maintenance could be included in your proposal. As further evidence that our fax
> was not an offer is the provision that our clients would rather entertain a cash
> offer from you. I very clearly told you that our clients had not agreed to your
> proposal and that I was to get back to them after receiving a response from you. I
> also told you by phone call in which you provided information regarding Mrs.
> Nall that I did not know if the proposal would be difficult to sell to at least two of
> our clients. They did not accept your proposal and you were so advised by phone.
> Further, I never heard the words "I accept your offer" come from your mouth.
> That is probably because we have never made an offer; we have only responded
> to your offers and made good faith negotiation responses consistently indicating
> your offer was not acceptable as made. At no time did I say or suggest to you that
> we made you an offer of settlement. We did not and have never offered to settle
> for less than full payment of the judgment. We have steadfastly rejected the
> meager offers that you and Conner Helms have tendered at various stages. Rudy,
> your attempt to make up something that did not happen is based upon pure
> assertions on your part. It is a cheap attempt and not worthy of the profession of
> Attorney at Law. As a result, we suggest that any further negotiation you wish to
> make should be submitted in writing.

If my mental capacity was challenged by Mr. Hiersche, why did he bring me into all

these situations and then abandon me? He should have informed me of his report to the

Oklahoma Bar Association.



## PLAINTIFF'S COMPLAINT

### CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations:

I am an elderly 85 year old person who is a 100% disabled American Veteran;

I have been denied my right to a speedy trial;

The Constitution of the United States of America Ex Post Fact-to Amendments 1, 4, 5, 6,

7, 9. 10, 11 and 14th have been violated.

### NATURE OF THE CASE

This action seeks declaratory, injunctive and equitable relief, actual,

compensatory and punitive damages, and costs and attorneys' fees for the tortuous acts and

discrimination suffered by Plaintiff with Defendants.

### JURISDICTION

Edwin Powell Nall is a citizen of Oklahoma who presently resides at 4912 N.W. 31st

Street, Oklahoma City, Oklahoma 73122, telephone number (405) 943-7189.

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et

seq., as amended, the Civil Rights Acts of 1991, 85 O.S. §5. 25 O.S. §1302 et seq., and the

common law of the State of Oklahoma.

    a.    Declaratory, injunctive, and equitable relief is sought pursuant to 28

           U.S.C. §2201, §2202 and 42 U.S.C. §2000(e)-5(g), as are compensatory

           and punitive.

9

## SUMMARY OF DAMAGES AND PRAYED FOR RELIEF

As a direct and proximate result of Defendant's conduct Plaintiff has suffered, is suffering, and will continue to suffer damages to his psychological well-being.

Defendant's conduct was malicious, and in reckless disregard to Plaintiff's rights. Therefore, Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff prays for, and based on the above, is entitled to, a declaration that the conduct engaged in by Defendants were in violation of Plaintiff's rights; an injunction against Defendants from engaging in such conduct; restoration of Plaintiff to his rightful position, or, in lieu of reinstatement there, an award to Plaintiff for equitable relief in the amount of One Million Dollars ($1,000,000,000.00) or as the court may direct against each and every one of these individuals; compensatory damages, including emotional distress, abuse, mental anguish, and humiliation; costs and expenses, including reasonable attorney's fees, as provided by law; punitive damages, as provided for by applicable law; and for any such other legal or equitable relief this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED.**

Edwin Powell Nall is acting as his own attorney.

Edwin Powell Nall
4912 N.W. 31st Street
Oklahoma City, Oklahoma 73122
(405) 943-7189

10

## CERTIFICATE OF SERVICE

JUN 2 0 2008

I hereby certify that on the _____ day of _____, 2008, a true and correct copy of the above and foregoing instrument was mailed, postage prepaid, to:


James C. Bass
Bass Law Firm, P.C.
104 North Rock Island
P.O. Box 157
El Reno, Oklahoma  73036

Lloyd G. McAlister
McAlister, McAlister, McKinnis
       & Tuggle, P.C.
15 East 15th Street, Suite 200
P.O. Box 3735
Edmond, Oklahoma  73083-3735

Rudy Hiersche
105 North Hudson
Hightower Building, Suite300
Oklahoma City, Oklahoma  73102

Philip Bohanon
Helms & Underwood
2500 First National Center
120 N. Robinson
Oklahoma City, Oklahoma  73102

Philip Bohanon
Attorney at Law
5609 N. Classen Blvd., Suite 100
Oklahoma City, Oklahoma  73118

Wanda Bounds
c/o Helms & Underwood
2500 First National Center
120 N. Robinson
Oklahoma City, Oklahoma  73102

Loraine D. Farabow
Asst. General Counsel
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, Oklahoma  73152-3036

11

Dan Murdock
Asst. General Counsel
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, Oklahoma  73152-3036

Jim Conger
President
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, Oklahoma  73152-3036

Jim Conger
Attorney at Law
Hartzog, Conger, Cason & Neville
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr
Oklahoma City, Oklahoma  73102

Jon Trudgeon
Attorney at Law
Hartzog, Conger, Cason & Neville
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr
Oklahoma City, Oklahoma  73102

Michael L. Clifton
2509 W. 53rd Street
Tulsa, Oklahoma  74107-9003

Stuart A. Hale
Malerie C. Turner Albertson
Elizabeth Hale Tank
David Hale
Lydia F. Pearson
c/o Hartzog, Conger, Cason & Neville
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr
Oklahoma City, Oklahoma  73102

Gary E. Miller
Associate District Judge
Canadian County Courthouse
P.O. Box 730
El Reno, OK 73036

**Wanda F Bounds**
PO Box 0588
Oklahoma City, OK 73172-0588



Randall K. Calvert
Attorney at Law
1041 N.W. Grand Blvd.
Oklahoma City, Oklahoma  73118

Edwin P. Nall
4912 N.W. 31st Street
Oklahoma City, Oklahoma  73122
(405) 943-7189

13

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at Oklahoma City, OK on _____ JUN 2 0 2008 _____, _____.

Edwin P. Nall
4912 N.W. 31st Street
Oklahoma City, OK  73122-1107
(450) 943-7189

14